FILED: March 22, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 10-1841
(4:09-cv-00154-MSD-TEM)
(07-51040-FJS)
(08-05011-FJS)
(4:12-cv-00151-RAJ-TEM)

_____

In re: JONATHAN A. LOY

       Debtor

-------------------------------

JEREMIAH ANTHONY O'SULLIVAN, as Trustee and Receiver for the Bankrupt Jonathan A. Loy

       Plaintiff - Appellant

v.

JONATHAN A. LOY

       Defendant - Appellee

-------------------------------

JOEL S. ARONSON

       Court-Assigned Amicus Counsel

_____

O R D E R

_____

Upon consideration of the motion to place in abeyance, the court grants the motion and places this case in abeyance pending the decision by this court in O'Sullivan v. Loy, No. 13-1358, docketed on March 19, 2013.

          For the Court

          /s/ Patricia S. Connor, Clerk